IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNION CARBIDE CHEMICALS & PLASTICS TECHNOLOGY CORPORATION and UNION CARBIDE CORPORATION,<br>Plaintiffs,<br><br>v.<br><br>SHELL OIL COMPANY, SHELL CHEMICAL COMPANY and CRI CATALYST COMPANY,<br>Defendants.<br><br>SHELL OIL COMPANY,<br>Plaintiff,<br><br>v.<br><br>UNION CARBIDE CORPORATION and UNION CARBIDE CHEMICALS & PLASTICS TECHNOLOGY CORPORATION,<br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 99-274-SLR<br><br><br><br><br><br><br><br><br><br>Civil Action No. 99-846-SLR<br>(consolidated) |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Union Carbide Chemicals & Plastics Technology Corporation and Union Carbide Corporation ("Union Carbide") and Defendants Shell Oil Company, Shell Chemical Company and CRI Catalyst Company LP ("Shell"), jointly move this Court for the entry of an Order dismissing all claims with prejudice and without costs because the matter has been amicably settled to their mutual satisfaction.

WHEREFORE, Union Carbide and Shell jointly request that this Court enter an Order dismissing this case with prejudice.

DM_US\8325393.v1

Dated: March 31, 2006                              Respectfully submitted,


/s/ James D. Heisman                               /s/ Allen M. Terrell, Jr.
Jeffrey B. Bove (Del. No. 998)                     Allen M. Terrell, Jr. (Del. No. 709)
James D. Heisman (Del. No. 2746)                   Jeffrey L. Moyer (Del. No. 3309)
Scott G. Wilcox (Del. No. 3882)                    Steven J. Fineman (Del. No. 4025)
CONNOLLY BOVE LODGE & HUTZ LLP                     RICHARDS, LAYTON & FINGER
1007 N. Orange Street                              One Rodney Square
P.O. Box 2207                                      P.O. Box 551
Wilmington, DE 19899                               Wilmington, DE 19899
(302) 658-9141                                     (302) 651-7700

Harry J. Roper                                     John D. Norris
Raymond N. Nimrod                                  HOWREY LLP
Aaron A. Barlow                                    1111 Louisiana, 25th Floor
David R. Bennett                                   Houston, TX 77002-5242
JENNER & BLOCK                                     (713) 787-1400
One IBM Plaza
330 North Wabash Avenue                            Claude M. Stern
Chicago, IL 60611                                  QUINN EMANUEL URQUHART OLIVER
(312) 222-9350                                       & HODGES, LLP
                                                   555 Twin Dolphin Drive, Suite 560
Bruce Kanuch                                       Redwood Shores, CA 94665
The Dow Chemical Company                           (650) 801-5000
Legal Department
2030 Dow Center, Office #471                       Attorneys for Defendants Shell Oil Company,
Midland, MI 48674                                  Shell Chemical Company and CRI Catalyst
(989) 636-1000                                     Company LP

Attorneys for Plaintiffs Union Carbide
Chemicals & Plastics Technology Corporation
and Union Carbide Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNION CARBIDE CHEMICALS & <br> PLASTICS TECHNOLOGY CORPORATION <br> and UNION CARBIDE CORPORATION, <br> Plaintiffs, <br><br> v. <br><br> SHELL OIL COMPANY, <br> SHELL CHEMICAL COMPANY and <br> CRI CATALYST COMPANY, <br> Defendants. | Civil Action No. 99-274-SLR |
| SHELL OIL COMPANY, <br> Plaintiff, <br><br> v. <br><br> UNION CARBIDE CORPORATION and <br> UNION CARBIDE CHEMICALS & <br> PLASTICS TECHNOLOGY CORPORATION, <br> Defendants. | Civil Action No. 99-846-SLR <br> (consolidated) |

## ORDER

This matter coming to be heard on the agreement of the captioned parties, the case having been settled, and the Court being fully advised,

**IT IS HEREBY ORDERED:**

1. Union Carbide's Complaint against Shell is dismissed with prejudice and with each party to bear its own costs, attorney fees and expenses.

2. Shell's Complaint and counterclaims against Union Carbide are dismissed with prejudice and with each party to bear its own costs, attorney fees and expenses.

Dated:_____          _____
                                                United States District Judge

DM_US\8325408 v1